UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP - 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| DWI RINA SOEKOTJO<br>1410 N. SCOTT STREET #961<br>ARLINGTON, VA 22209<br><br>SOLEIMAN BERKAT MUSKITTA<br>1410 N. SCOTT STREET #961<br>ARLINGTON, VA 22209<br><br>PETITIONERS,<br>v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>WASHINGTON, DC 20528,<br><br>RESPONDENT, | Case No.<br><br>CASE NUMBER   1:05CV01793<br>JUDGE: Reggie B. Walton<br>DECK TYPE: General Civil<br>DATE STAMP: 09/9/2005 |

PETITION FOR WRIT OF MANDAMUS
AND INJUNCTIVE RELIEF FOR ADJUDICATION
OF <u>ADJUSTMENT OF STATUS</u>

I. <u>JURISDICTION</u>

1.  This Court has subject matter jurisdiction based upon questions of federal law arising under 28 U.S.C. § 1331. This Court has authority to render a declaratory judgment pursuant to 28 U.S.C. §§ 2201, 2202; and Rule 57 of the Federal Rules of Civil Procedure (F.R.C.P.) Moreover, this Court is authorized to issue Orders of Mandamus pursuant to 28 U.S.C. 1361 and the Administrative Procedure Act (APA), 5 U.S.C. § 706, et seq.

## II. VENUE

2.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (e), in that this is an action against officers and agencies of the United States in their official capacity brought in the District where the Respondents have their principal place of business.

3.  Venue is proper because this District is where a substantial part of the events or omissions giving rise to Petitioners' claims occurred.

4   On February 7, 2002, Petitioners Dwi Rina Soekotjo and her husband, Soleiman Berkat Muskitta, filed applications for adjustment of status, seeking lawful permanent residence in the United States. These applications were filed with the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Vermont Service Center.

## III. CAUSE OF ACTION

5.  Petitioners seek a decision on their applications for adjustment of status to lawful permanent residence (Form I-485). Petitioner, Dwi Rina Soekotjo's Immigrant Petition for Alien Worker (Form I-140) was approved on November 30, 2001. This approval provided a visa priority date of March 6, 2000 (Exhibit #1). On February 7, 2002, Petitioners filed their Applications for Adjustment of Status Form (I-485) (Exhibit #2). Although the Petitioners have petitioned the government on numerous occasions to resolve these applications, and in spite of the long delays, no decision has been made. It has been more than three years since the Petitioners filed their Applications for Adjustment of Status (Form I-485). They have not received an interview notice. As a

result, Petitioners have motioned this Honorable Court for a Writ of Mandamus, compelling the Respondent to render a decision with respect to the permanent residence applications of Dwi Rina Soekotjo and Soleiman Berkat Muskitta. They were married on September 9, 1999 (Exhibit #3).

### IV.   EXHAUSTION OF REMEDIES

6.   Petitioners have exhausted all administrative remedies to the extent required by law. Petitioners have made numerous inquiries concerning status of their applications and have provided all information requested. Moreover, Petitioners have filed the aforementioned Applications to Register Permanent Residence or to Adjust Status (I-485) which is necessary for the adjustment of status.

### V.   PARTIES

7.   Dwi Rina Soekotjo and her husband, Soleiman Berkat Muskitta, the Applicants, filed an Application for Adjustment of Status (Form I-485) on or about February 7, 2002. It has been more than three years and no interview has been scheduled.

8.   Respondent Michael Chertoff is the Secretary of the Department of Homeland Security. Michael Chertoff is charged with the administration and enforcement of the laws relating to adjustment of status.

### IV.   STATEMENT OF FACTS

9.   Petitioner, Dwi Rina Soekotjo, is a native and citizen of Indonesia. She was born on December 12, 1964. She last arrived to the United States on or about

3

December 30, 2000, under an H-1B nonimmigrant visa. She applied for permanent residence as a skilled worker or professional. Petitioner's Immigrant Petition for Alien Worker (I-140) was approved on November 30, 2001, with a priority date of March 6, 2000. Petitioner asserts that there is no obstacle to the approval of her Application for Adjustment of Status (I-485). On Petitioner's I-485 Notice Receipt, the U.S. Citizenship and Immigration Services (USCIS) indicated the processing time to be estimated at 365 to 540 days. On April 29, 2002, a Notice of Action was mailed to Dwi Rina Soekotjo advising her to report to the CIS Application Support Center, Alexandria, Virginia, for "fingerprints" (Exhibit #4). Petitioner's application has now been pending for more than three years. There is no indication when it will be acted upon.

10. Petitioner Soleiman Berkat Muskitta is also a native and citizen of Indonesia. He was born on May 17, 1971. Mr. Muskitta last arrived in the United States on or about April 24, 1999, pursuant to a B-2 visa, as a visitor. On September 9, 1999, he married Dwi Rina Soekotjo. On February 7, 2002, Petitioner filed his Application for Adjustment of Status as the spouse of Dwi Rina Soekotjo.

11. On April 29, 2002, a Notice of Action was mailed to Soleiman Berkat Muskitta advising him to report to the CIS Application Support Center, Alexandria, Virginia, for "fingerprints" (Exhibit #5).

## CONCLUSION

12. WHEREFORE, Petitioners assert that Respondent Chertoff, by and through the agents and employees of the United States Government has unlawfully withheld and

4

unreasonably delayed action on Petitioners' applications. Petitioners assert that Respondent Chertoff, by and through agents and employees of the United States government has failed to carry out the adjudication functions delegated to them by law, since it has been more than three years since Petitioners' Adjustment of Status Application have been filed and since no decision has been issued. Petitioners assert that Respondent Chertoff's inaction has caused Petitioners injury, since they may suffer adverse consequences as a result of applicable United States laws and since the litigation and representation of this matter continues to cost Petitioners money.

## VIII. PRAYER FOR RELIEF

13. Petitioners hereby motion this Honorable Court to enter an order:

   (i) Requiring the Respondent Michael Chertoff, Secretary of the United States Department of Homeland Security, along with his agents and other employees of the United States Government to promptly adjudicate Petitioners' Applications for Adjustment of Status to lawful permanent residence.

   (ii) To grant Petitioners' reasonable attorneys fees, costs, and expenses; and

   (iii) To grant such other relief at law and equity as justice may require.

Respectfully submitted,

*[signature]*

Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677