EXHIBIT 1

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-01-180-54658 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>May 18, 2001 | PRIORITY DATE<br>March 6, 2000 | PETITIONER<br>AMERICAN INN OF BETHESDA |
| NOTICE DATE<br>November 30, 2001 | PAGE<br>1 of 1 | BENEFICIARY<br>SOEKOTJO, DWI RINA |

PAUL ALLEN
PAUL SHEARMAN ALLEN & ASSOCIATES
1329 18TH STREET NW
WASHINGTON DC 20036

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is **(603) 334-0700**. Please allow 90 days before contacting the National Visa Center regarding your petition.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

05 1793

FILED
SEP - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I797 (Rev. 09/07/93)N