EXHIBIT 3

# Certificate Of Marriage



**I CERTIFY THAT I JOINED TOGETHER IN MARRIAGE:**

Soleiman Berkat Muskitta , HUSBAND,

AND Dwi Rina Soekotjo , WIFE,

ON September 9, 1999 IN Arlington , VIRGINIA,

BY AUTHORITY OF A LICENSE ISSUED BY THE CLERK OF THE CIRCUIT COURT OF

Arlington , VIRGINIA, DATED September 9, 1999

GIVEN UNDER MY HAND ON September 9, 1999

*(Signature of Officiant)*

Civil Magistrate
*(Title of Officiant)*

**COMMONWEALTH OF VIRGINIA
STATE DEPARTMENT OF HEALTH**

VS 3B 3/97
THIS IS NOT A LEGAL CERTIFICATE

05 1793

**FILED**

SEP - 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

