EXHIBIT 5

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

| | |
|---|---|
| Fingerprint Notification | NOTICE DATE<br>April 29, 2002 |
| CASE TYPE<br>I485   Application To Adjust To Permanent Resident Status | INS A#<br>A 095 374 375 |
| APPLICATION NUMBER<br>FPS*001822439 | RECEIVED DATE<br>February 07, 2002 | PRIORITY DATE<br>February 07, 2002 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SOLEIMAN B MUSKITTA
c/o PAUL SHEARMAN ALLEN
PAUL SHEARMAN ALLEN AND ASSOCIATES
1329 18TH ST NW
WASHINGTON DC 20036

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>INS HUNTINGTON<br>5834D N. KINGS HWY<br>ALEXANDRIA VA 22303 | DATE AND TIME OF APPOINTMENT<br>06/07/2002<br>01:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF:**
1. YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS,
2. YOUR APPLICATION HAS ALREADY BEEN GRANTED, OR
3. YOU WERE UNDER 14 YEARS OF AGE OR OVER 79 (75 FOR NATURALIZATION APPLICANTS) AT THE TIME YOUR APPLICATION WAS FILED.

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS HUNTINGTON
5834D N. KINGS HWY
ALEXANDRIA VA 22303

If you have any questions regarding this notice, please call 1-800-375-5283.   REPRESENTATIVE COPY

APPLICATION NUMBER
FPS*001822439

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

05 1793
FILED
SEP - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT