UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWI SOEKOTJO, et al | ) |
|         Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1793 (RBW) |
| MICHAEL CHERTOFF | ) |
|         Defendant. | ) |

**CONSENT MOTION TO ENLARGE**

    Defendant respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b) and with plaintiffs' consent, for an extension of time in which to respond to plaintiffs' complaint. This is defendant's first request for enlargement. Plaintiffs have filed a Petition for Writ of Mandamus seeking a decision on their applications for adjustment of status, requesting lawful permanent resident status in the United States.

    The Agency has advised that plaintiffs are scheduled for an adjustment of status interview on December 12, 2005. Prior to the day of the interview plaintiffs are scheduled to be fingerprinted. Following the interviews and upon completion of background checks there should be a final adjudication of this matter.

    Therefore, the defendant requests that its time to respond to the complaint be enlarged to allow the interviews to take place, the background checks be completed, and a final adjudication. Agency action on this matter could well render the complaint moot. It is requested that defendant be allowed to submit a status report on this matter within 90 days.

Defendant has consulted with counsel for the Plaintiffs, who has no objection to defendant's request for an enlargement to allow the interviews and background checks to be completed.

For the foregoing reasons, Defendant respectfully requests that the Court grant the extension sought. A proposed order is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar No. 171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6970
Counsel for Defendant