**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DWI SOEKOTJO, et al** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1793 (RBW)** |
| ) | |
| **MICHAEL CHERTOFF** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the consent motion for an extension of time in which to respond to

plaintiffs' complaint it is hereby

Ordered that the motion is GRANTED, and it is further

ORDERED that the defendant shall submit a status report on this matter within 90 days

or this Order.

 Date: _____        _____
                                        United States District Judge