UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWI SOEKOTJO, <u>et al.</u>,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br><br>            Defendant. | Civil Action No. 05-1793 (RBW) |

**ORDER**

On September 9, 2005, the plaintiffs filed a petition for a writ of mandamus, seeking a decision on their applications to become lawful permanent residents of the United States. On November 30, 2005, the Court granted the defendant's motion for extension of time to respond to the plaintiffs' petition, directing the defendant to file its response by February 28, 2006. The defendant has not done so. Accordingly, it is, this 6th day of March, 2006, hereby

**ORDERED** that the defendant shall show cause by March 17, 2006, why it should not be held in contempt for its failure to timely submit a response to the plaintiffs' petition.

**SO ORDERED.**

                                                                                  REGGIE B. WALTON
                                                                                  United States District Judge