UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWI SOEKOTJO, et al )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-1793 (RBW) |

STIPULATION OF DISMISSAL

Plaintiffs, Dwi Soekotjo and Soleman Muskitta, and the defendants hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a) to dismiss the captioned matter with prejudice.

Plaintiff filed this action on September 9, 2005, requesting the court to enter an order requiring the defendants to adjudicate plaintiffs' applications for adjustment of status to lawful permanent resident.

Plaintiffs became lawful permanent residents of the United States on December 22, 2005.

Due to the adjustment of plaintiffs' status, this Stipulation of Dismissal is entered into by and between Dwi Soekotjo and Soleman Muskitta, (hereinafter "Plaintiffs") and Michael Chertoff, Secretary Department of Homeland Security, (hereinafter "Defendant").

*(Blank from here to end of page one)*

By signing this Stipulation of Dismissal, Plaintiffs withdraw, with prejudice, the above-styled complaint filed in Federal District Court. Plaintiffs understand that each party will bear its own attorney's fees and costs. Plaintiffs acknowledge that their attorney has reviewed and explained the provisions of this Stipulation of Dismissal to them. Plaintiffs acknowledge that they have entered into this Stipulation of Dismissal voluntarily. Execution of this stipulation shall constitute a dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, effective upon approval by the Court.

STIPULATED AND AGREED:

_____  
PAUL S. ALLEN   (Date)  
Attorney for Plaintiffs

_____  2/28/06  
DWI SOEKOTJO   (Date)  
Plaintiff

_____  2/28/06  
SOLEMAN MUSKITTA (Date)  
Plaintiff

_____  
KENNETH L. WAINSTEIN, D.C. BAR # 451058  
United States Attorney

_____  
R. CRAIG LAWRENCE, D.C. BAR # 171538  
Assistant United States Attorney

_____  
RHONDA C. FIELDS  
Assistant United States Attorney  
Civil Division  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
202/514/6970

### ORDER

Upon consideration of the foregoing Stipulation of Dismissal of the parties, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE.

Date: _____  
UNITED STATES DISTRICT COURT JUDGE

2