UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWI SOEKOTJO, et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1793 (RBW) |
| ) | |
| MICHAEL CHERTOFF ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

The defendant hereby respectfully submits this response to the Court's March 6, 2006 order to show cause why it should not be held in contempt for failure to timely submit a response to plaintiff's writ of mandamus. On November 21, 2005 the parties filed a consent motion for a 90 day extension to allow a final adjudication of plaintiffs' status, an action which would make the plaintiffs' case moot. The Court granted that motion. Since the filing of the writ of mandamus, the status of the plaintiffs was adjusted by defendant agency, and on December 22, 2005 plaintiffs became lawful permanent residents of the United States. After being advised of the change in status, the parties began negotiation and on February 27, 2006 reached an agreement to dismiss the matter with each party bearing its own fees and expenses. Plaintiffs signed the stipulation on February 28, 2006. See stipulation of dismissal. Defendant received the signed stipulation back from plaintiffs on March 7, 2006 and filed it the same day.

Therefore, defendant respectfully submits that it has endeavored to secure a just, speedy, and inexpensive conclusion of this action and has been responsive to plaintiffs' action.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar No. 171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6970
Counsel for Defendant